UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JESSIE TULLIES,

                Petitioner,

v.

UNITED STATES OF AMERICA,

                Respondent.

Civ. Action No. 23-3378 (JXN)

**ORDER**

**NEALS**, District Judge

      **THIS MATTER** comes before the Court on Petitioner Jessie Tullies' motion to vacate, set aside, or correct his sentence ("Motion") pursuant to 28 U.S.C. § 2255. (ECF No. 1.) The Court having considered the Motion, the record of proceedings in this matter, the response from the Government (ECF No. 9), and Petitioner's reply (ECF No. 11); and for the reasons expressed in the accompanying Opinion,

      **IT IS** on this 15th day of December 2025,

      **ORDERED** that Petitioner's Motion (ECF No. 1) is **DENIED**; it is further

      **ORDERED** that Petitioner is **DENIED** a certificate of appealability; it is further

      **ORDERED** that the Clerk of Court shall serve a copy of this Order and the accompanying Opinion on the parties electronically and **CLOSE** this case.

HONORABLE JULIEN XAVIER NEALS
United States District Judge