UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JESSE TULLIES,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.

Civil No. 23-3378 (JXN)
Criminal No. 18-21 (KM)

---

## NOTICE OF APPEAL

---

COMES Movant, Jesse Tullies ("Tullies"), appearing *Pro Se,* and files his notice of appeal

of the December 15, 2025, Opinion and Order [ECF Nos. 11 & 12] denying without prejudice

Tullies' Motion under 28 U.S.C. 2255 to Vacate, Set Aside, or Correction Sentence by a Person in

Federal Custody.

Respectfully submitted,

Dated: January 20, 2026

JESSE TULLIES
Reg. No. 71286-050
FCI Butner Low
FEDERAL CORR. INSTITUTION
P.O. BOX 999
BUTNER, NC  27509

JESSE TULLIES
REG. NO. 71286-050
FCI Butner Low
FEDERAL CORR. INSTITUTION
P.O. BOX 999
BUTNER, NC   27509
January 20, 2026

CLERK OF THE COURT
U. S. DISTRICT COURT
DISTRICT OF JERSEY
NEWARD DIVISION
50 WALNUT STREET, ROOM 4015
NEWARK, NJ 07101

      RE:   *Tullies v. United States*
             Civil No. 23-3378 (JXN)
             Criminal No. 18-21 (KM)

To the Clerk of the Court:

     Enclosed please find and accept for immediate filing Movant's Notice of Appeal of the December 15, 2025, Opinion and Order [ECF Nos. 11 & 12] denying without prejudice Tullies' Motion under 28 U.S.C. 2255 to Vacate, Set Aside, or Correction Sentence by a Person in Federal Custody. A Motion to Proceed In Forma Pauperis will be forthcoming. Please submit this notice to the Court.

     Thank you for your assistance in this matter.

                          Sincerely,

                          JESSE TULLIES
                          Appearing *Pro Se*

*Encl. as noted*



PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
PRESS FIRMLY TO SEAL
2026 FEB -2 A 11:19

**UNITED STATES POSTAL SERVICE.**    Retail    RITY®

FROM:



**US POSTAGE PAID**

**$11.95**    Origin: 77070
01/20/26
4800420059-07

JESSE TULLIES
REG. NO. 71286-050
FCI Butner Low
FEDERAL CORR. INSTITUTION
P.O. BOX 999
BUTNER, NC   27509

**PRIORITY MAIL®**

0 Lb 1.60 Oz
**RDC 03**

EXPECTED DELIVERY DAY:  01/23/26

C014

TO:

CLERK OF THE COURT
U. S. DISTRICT COURT
DISTRICT OF JERSEY
NEWARD DIVISION
50 WALNUT STREET, ROOM 4015
NEWARK, NJ 07101

SHIP
TO:

RM 4015
50 WALNUT ST
NEWARK NJ 07102-3570

■ Expected deliv
■ Domestic ship
■ USPS Tracking
■ Limited interna
■ When used int

*Insurance does not
Domestic Mail Manua
** See International M

**FLAT R**
ONE RATE ■

**TRACKE**

**USPS TRACKING® #**



9505 5104 4804 6020 1897 62







PS0000

