CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 FEB 10  A 10: 30

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JESSE TULLIES,

Movant

v.

UNITED STATES OF AMERICA,

Respondent

Civil No. 23-3378 (JXN)
Criminal No. 18-21 (KM)

---

## NOTICE OF APPEAL

---

COMES Movant, JESSE TULLIES, appearing *pro se,* and files his Notice of Appeal of the

December 15, 2025, Order denying his motion to vacate, set aside, or correct his sentence pursuant

to 28 U.S.C. § 2255. See CvECF No. 12.

Respectfully submitted,

JESSE TULLIES

Jesse Tullies 71286 050

L. S. C. I

P. O. B 999

Butner N.C

27509

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 FEB 10  A 10: 30





POSTAGE DUE FREEDOM
FOREVER USA

WA

Clerk of the Court

US District Court

50 Walnut ST Room 4015

Newark N.J 07101

